1
2
3
4
5
6
7
8
9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 ARNOLD R. ECKLUND,              Case No. 18-CV-07780 LHK (PR)

           Petitioner,              **ORDER OF DISMISSAL**

13

14      v.

15 WARDEN DUFFY,

16            Respondent.

17        On December 28, 2018, petitioner, proceeding *pro se*, filed a petition for writ of habeas

18 corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. He also filed an application for leave to proceed

19 *in forma pauperis* ("IFP"). Dkt. No. 3.

20        That same day, the court sent a notice to petitioner, informing him the IFP application he

21 filed was deficient because it did not include a Certificate of Funds in Prisoner's Account

22 completed and signed by an authorized officer of the prison facility, or a prisoner trust account

23 statement showing transactions for the last six months. Dkt. No. 3. Petitioner was advised that the

24 case would be dismissed if petitioner failed to pay the fee, or file a completed IFP application with

25 supporting documentation within twenty-eight days. *Id.* at 1.

26        More than twenty-eight days have passed, and petitioner has not paid the filing fee, nor has

27 he filed the documentation necessary to complete his IFP application.

28

Thus, the instant action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

DATED:     February 4, 2019          *Lucy H. Koh*

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 18-CV-07780 LHK (PR)
ORDER OF DISMISSAL

2